IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHIH-WEN CHUNG, | : |
| Plaintiff, | :Civil Action No.: 04-1451 SLR |
| V. | : |
| LUMATEC INDUSTRIES, INC. and | : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Mark C. Gregory, hereby certify that on this 2nd day of March, 2005, I caused two copies of Plaintiff's First Set of Interrogatories and Request for Production of Documents and Things Directed to Defendant to be served via first-class mail, postage prepaid, upon the below-listed counsel of record:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange St, Suite 725
Wilmington, DE 19801-1155

_____
Mark C. Gregory