IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHIH-WEN CHUNG,                              )
an individual and a Taiwanese Citizen,       )
                                             )
            Plaintiff,                       )
                                             )
            v.                               )        C.A. No. 04-1451 SLR
                                             )
LUMATEC INDUSTRIES, INC.,                    )
a corporation organized under the laws       )
of Texas,                                     )
                                             )
            Defendant.                        )

### NOTICE OF SERVICE

       I, David L. Finger, hereby certify that on this 1st day of April, 2005, I caused two copies of

Defendant's Response to Plaintiff's First Set of Interrogatories and Requests for production of

Documents and Things to be served via facsimile and first-class mail, postage prepaid, on the below-

listed counsel of record:


                         Mark C. Gregory, Esq.
                         Huntley & Associates, LLC
                         P.O. Box 948
                         Wilmington, DE 19899



                                    /s/ David L. Finger
                                   David L. Finger (DE Bar ID #2556)
                                   Finger & Slanina, LLC
                                   One Commerce Center
                                   1201 Orange Street, Suite 725
                                   Wilmington, DE 19801-1155
                                   (302) 884-6766
                                   Attorney for defendant Lumatec Industries, Inc.