IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHIH-WEN CHUNG, | : |
| Plaintiff, | : Civil Action No.: 04-1451 SLR |
| V. | : |
| LUMATEC INDUSTRIES, INC. | : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Mark C. Gregory, hereby certify that on this 4th day of April, 2005, I caused two copies of Plaintiff's Responses to Defendant's First Set of Interrogatories and Request for Production of Documents and Things to be served via first-class mail, postage prepaid, upon the below-listed counsel of record:

> David L. Finger, Esquire
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange St, Suite 725
> Wilmington, DE 19801-1155

*[signature]*
Mark C. Gregory (#3395)
Huntley & Associates, LLC
1105 N. Market St., Ste. 800
P.O. Box 948
Wilmington, DE 19899-0948
Phone: (302) 426-0610
Facsimile: (302) 426-0612
e-mail: gregory@monopolize.com