# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| DELAWARE | | | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,362 | 2,028 | 1,004 | 1,303 | 1,033 | 898 | U.S. | Circuit |
| | Terminations | | 1,507 | 1,478 | 1,020 | 955 | 861 | 764 | | |
| | Pending | | 1,836 | 1,999 | 1,477 | 1,502 | 1,154 | 988 | | |
| | % Change in Total Filings | Over Last Year | -32.9 | | | | | | 91 | 6 |
| | | Over Earlier Years | | 35.7 | 4.5 | 31.8 | 51.7 | | 8 | 1 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months** | | | 1.9 | 3.1 | .0 | .0 | .0 | 11.7 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 340 | 507 | 251 | 326 | 258 | 225 | 73 | 4 |
| | | Civil | 306 | 462 | 233 | 307 | 240 | 198 | 57 | 4 |
| | | Criminal Felony | 25 | 38 | 18 | 19 | 18 | 27 | 93 | 6 |
| | | Supervised Release Hearings** | 9 | 7 | - | - | - | - | 77 | 3 |
| | Pending Cases | | 459 | 500 | 369 | 376 | 289 | 247 | 25 | 2 |
| | Weighted Filings** | | 319 | 462 | 265 | 298 | 242 | 221 | 86 | 5 |
| | Terminations | | 377 | 370 | 255 | 239 | 215 | 191 | 65 | 4 |
| | Trials Completed | | 23 | 18 | 16 | 19 | 13 | 21 | 28 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.3 | 9.8 | 8.0 | 6.6 | 6.0 | 6.2 | 60 | 3 |
| | | Civil** | 11.2 | 8.2 | 12.6 | 10.9 | 11.5 | 10.5 | 75 | 5 |
| | From Filing to Trial** (Civil Only) | | 24.0 | 22.5 | 21.0 | 24.0 | 19.7 | 19.0 | 54 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 66 | 99 | 77 | 70 | 38 | 45 | | |
| | | Percentage | 3.9 | 5.4 | 5.5 | 4.9 | 3.5 | 5.0 | 53 | 2 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.1 | 1.3 | 1.2 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 34.98 | 33.84 | 32.68 | 35.75 | 30.23 | 29.22 | | |
| | | Percent Not Selected or Challenged | 24.0 | 24.4 | 19.9 | 28.5 | 15.1 | 18.5 | | |

**2003 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1225 | 25 | 4 | 352 | 5 | 7 | 27 | 86 | 66 | 156 | 141 | 3 | 353 |
| Criminal* | 99 | 7 | 2 | 38 | - | 4 | 14 | ** | - | 25 | - | 6 | 3 |

Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| TEXAS WESTERN | | | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,268 | 7,899 | 7,362 | 7,271 | 7,032 | 6,317 | | |
| | Terminations | | 8,240 | 7,749 | 7,053 | 7,082 | 6,679 | 6,093 | | |
| | Pending | | 4,522 | 4,570 | 4,480 | 4,302 | 4,222 | 4,087 | | |
| | % Change in Total Filings | Over Last Year | 4.7 | | | | | | 35 | 5 |
| | | Over Earlier Years | | 12.3 | 13.7 | 17.6 | 30.9 | | 17 | 4 |
| Number of Judgeships | | | 13 | 11 | 11 | 10 | 10 | 10 | | |
| Vacant Judgeship Months** | | | 12.4 | 25.0 | 12.5 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 636 | 718 | 669 | 727 | 703 | 632 | 9 | 4 |
| | | Civil | 256 | 305 | 296 | 323 | 326 | 318 | 72 | 9 |
| | | Criminal Felony | 324 | 361 | 373 | 404 | 377 | 314 | 2 | 1 |
| | | Supervised Release Hearings** | 56 | 52 | - | - | - | - | 4 | 1 |
| | Pending Cases | | 348 | 415 | 407 | 430 | 422 | 409 | 62 | 8 |
| | Weighted Filings** | | 871 | 969 | 968 | 999 | 946 | 875 | 1 | 1 |
| | Terminations | | 634 | 704 | 641 | 708 | 668 | 609 | 7 | 3 |
| | Trials Completed | | 22 | 31 | 35 | 45 | 42 | 48 | 35 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 5.0 | 5.0 | 5.3 | 5.1 | 5.0 | 4.8 | 7 | 2 |
| | | Civil** | 9.5 | 8.5 | 8.1 | 8.9 | 8.2 | 8.8 | 40 | 5 |
| | From Filing to Trial** (Civil Only) | | 16.5 | 16.7 | 13.2 | 14.7 | 13.7 | 14.5 | 10 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 37 | 66 | 43 | 39 | 56 | 30 | | |
| | | Percentage | 1.5 | 2.5 | 1.9 | 1.7 | 2.4 | 1.3 | 23 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 34.68 | 43.45 | 39.25 | 44.94 | 44.36 | 37.64 | | |
| | | Percent Not Selected or Challenged | 40.6 | 36.8 | 33.4 | 37.7 | 41.0 | 32.1 | | |

**2003 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3334 | 203 | 11 | 1076 | 105 | 29 | 112 | 338 | 522 | 85 | 535 | 4 | 314 |
| Criminal* | 4193 | 1606 | 16 | 217 | 23 | 16 | 2013 | ** | 26 | 168 | 19 | 8 | 81 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."