Case 1:04-cv-01451-SLR  Document 17-2  Filed 04/14/2005  Page 1 of 3

```
SOLUTIONS
5550 WINCHESTER AVENUE SUITE A
MARTINSBURG WV  25401
800-821-1279
```

Offline Loc: **R03**  Pallet: **8**  QR
Sort Stream: PD0P60
Zip: 19806

PARCEL SELECT
US Postage Paid
SmartPost

CARRIER LEAVE IF

SHIP TO:
MR. BRIAN A GOM
1501 N RODNEY ST
WILMINGTON DE  19806

WILMINGTON DE  19806

ZIP - USPS DELIVERY CONFIRMATION e-VS

4201 9806 9102 0634 4394 9157 9683 36

Ref Ord #: Y946673
Ship Date: 03 MAR 05-16
015796833 19806 120

# Octopus

**Multi-Purpose Screw Driver and Flashlight**

## Owner's Manual



**Lumatec®**
*Manufacturer of High Performance Lights*

### Looking for more innovative lights with function, form and style?

Brighten your life with other innovative lighting solutions from Lumatec! Choose from a variety of artfully designed lighting products for your needs at home, work and play.

- Reading Lights
- Key Lights
- Outdoor Lights
- Executive Gifts

Visit our website at www.lumatec.com for complete product descriptions, pricing and order information.

*Customers outside the United States – for international product availability and pricing information, send us an Email at intl@lumatec.com. Please include the specific product you are interested in and country in which you are located.

### Limited Warranty

Lumatec warrants to the original purchaser of this product that all components (excluding flashlight bulb's metal contacts) will be free of any defects in materials and labor for 90 days from purchase. This warranty does not include defects created from improper usage, replacement lamps, or metal contacts that become defective as a result of mishandling or leaking batteries.
This warranty is limited to the repair or replacement of the original unit and is made to the original purchaser only. It is effective only upon presentation of a receipt proving date of purchase. For repair or replacement, send $5 (US$15 outside USA) to cover return postage and handling costs with your defective unit to the attention of, Customer Returns, at the address listed below:

LUMATEC INDUSTRIES, INC.
500 SHADY LN
AUSTIN, TEXAS 78702

www.lumatec.com

Model OC-100

© 2003 Lumatec.

### Tool Usage

To use any tool, simply pull it free from the clips and snap it into place. You can feel when the tool has snapped into the open position. To close, simply apply pressure in the opposite direction, and push back into the clips. Note: Only one tool may be locked open at any time. Avoid trying to pry with the tools, as excessive force can cause the tool to unlock or even shatter.

### Light Operation

To use the light, simply slide the clip forward in the direction of the arrow on the clip.

### Battery Installation

To insert batteries, firmly push the clip straight back toward the rear of the tool, as if turning the light off. (See diagram above) In some cases very firm pressure may be required. One AAA battery is inserted into each cavity (total of 2 batteries) in the directions indicated.

*To insert batteries remove the belt clip. Insert two AAA batteries as indicated.

Diagram labels: END CAP, TWIST TO REMOVE, REVERSIBLE MINI SCREWDRIVERS, PRESS HERE, LIGHT ON, LIGHT OFF, SLIDE OFF, FLASHLIGHT BULB 2.2V 0.25A, FLASHLIGHT, LOCKING MECHANISM, TOOLS, END CAP, BATTERIES 2 X AAA 1.5V NOT INCLUDED

