Case 1:04-cv-01451-SLR    Document 17-3    Filed 04/14/2005    Page 1 of 4

# SOLUTIONS®
### Products that make life easier™

Mid-Winter 2005

A **footrest** so **comfortable,** everyone will **want** one, page 6.

**SALE INSIDE! 21%–52% OFF**

www.SolutionsCatalog.com

## Instantly protect your privacy or hide an unsightly view without blocking out light.

You don't need to keep your curtains closed to protect your privacy. Just turn windows into art with these translucent designs that look like stained glass! They let light filter through, but block an undesirable view or add privacy. Ideal for odd-shaped windows or where curtains won't work, such as door sidelight windows or bathroom windows. Made of thin, flexible UV-protected film, the panels cling to glass or any smooth surface without adhesive for easy repositioning. Patterns match end-to-end, horizontally or vertically; cut to fit. #64361 Artscape Window Covering, 2'x3', specify pattern; $24.50 ea. SAVE: 2 or more $22.50 ea.


Watercolors


Amber


Wisteria


Genoa

Magnolia

 You'll find more styles online when you see this button!

### QUICK Order at SolutionsCatalog.com
Online ordering with this catalog is quick and easy. Don't forget to check out our online sale section!

Shop anytime! Call 1-800-342-9988.


P.O. Box 6878
Portland, OR 97228

POSTMASTER:
Please deliver
Jan. 31–Feb. 3
CURRENT RESIDENT OR

PRESORTED
STANDARD
U.S. POSTAGE
PAID
SOLUTIONS

 Printed on recycled paper: 15% post consumer.

CATALOG CODE:

24205 1800

CUSTOMER ID #:

```
THANK YOU FOR YOUR ORDER!
CLEANING CAN BE EASIER. P. 2-3
EASY-CARE, AFFORDABLE RUGS. P. 15
FOOD STORAGE SOLUTIONS. P. 26-27
SOFT, STAY-COOL LAPTOP DESK. P. 33
MAKE FLOORS LOOK LIKE NEW. P. 37
```

SLWT05R

SOLUTIONS PRODUCTS WORK...GUARANTEED

©Solutions, January 2005 • Prices valid until superseded by subsequent publication.

# SOLUTIONS



**Communications central! Wall planner makes it easy to keep track of everyone's activities.**

Here's the ultimate solution for keeping notes, schedules and memos in one spot so everyone knows who needs to be where, and when! Four powerful nonscratch magnets keep this Home Command Center in place on the refrigerator or any metal surface. (Hardware is included to hang it on a wall, if you prefer.) Use the large wipe-off, magnetic board to write notes or post memos; dry erase pen and five magnets included. Five clear-plastic, letter-size pocket organizers snap in place on the

## We're open 24 hours a day
## 1-800-342-9988
### www.SolutionsCatalog.com

### Online ordering is easy & convenient.

Use *Catalog Quick Order* to shop from this catalog. Or browse our biggest "store" to discover hundreds of Solutions products found only online. Plus, every day there's something *On Sale*! You can learn more about a product by clicking on *More Info*. When you shop online, you'll know items are in stock, and we'll even send an email to let you know when your order ships.

### Order by fax or mail.

You can send your completed order form by toll-free fax to: 1-800-821-1282; or mail it to: Solutions, P.O. Box 6878, Portland, Oregon 97228-6878.

### 24-hour Customer Service.

On the Web, go to *SolutionsCatalog.com* to quickly check the shipping status of any order—whether placed by phone or online. Or if you have a question about an order you've placed, you can call Solutions Customer Service, anytime, at: 1-800-821-1279.

**Gift Certificates are a great solution!** Specify Product #4999 and any dollar amount. No shipping charge.

**We love to hear from you.** In search of a solution to one of life's little challenges? Is there a Solutions' product you love? To share your story or request, e-mail us at: Solutions@SolutionsCatalog.com, Or write us at: Solutions, P.O. Box 6878, Portland, Oregon 97228-6878.

## DOING OUR PART
### for a healthier earth

To choose products that represent a better choice for the earth because they have less environmental impact, look for items marked with a globe throughout the Solutions catalog.

- **Resource Efficient:** Reduces energy or water use because it is more efficient than similar items.
- **Cleaner & Greener:** Unlike similar products, avoids or allows you to avoid the use of pesticides or toxic materials such as PVC.
- **Renewable Resource:** Made with renewable or certified sustainable resources.
- **Reduce, Reuse, Recycle:** Made with fewer materials than comparable products, or made with recycled content, is recyclable or is reusable.
- **Long Lasting:** Substantially longer lasting than comparable products, thus reducing the need for or the frequency of replacement.

## Lifetime GUARANTEE

### You can order with confidence from Solutions!

Under our Unconditional Lifetime Guarantee, you must be 100% satisfied with everything you purchase from us. If not, just return the item to us and we will gladly replace it or issue a full refund. The choice is yours.



**Wooden box**
Organize spe[cial photos]
enough to displa[y...]
separate storage
vacation or year.
six blank divide[rs]

*Holds up to 600 pictu[res]*



*Even has a built-in flashlight!*

Save 31%

### One tool, eight screwdrivers—and it fits in a kitchen drawer!

There's no need to run to the workbench searching for the right screwdriver. This tool has four flathead and four Phillips screwdrivers, including mini sizes for use with eyeglasses and computers. Screwdrivers fold out and snap into place for safety. A built-in LED flashlight provides light as you work. Uses two AAA batteries (not included), sold below. Folds to 5"L. **#68499** Octopus™ Multi-Purpose Tool Kit, was $14.50; **SALE $9.90**
**#66497** Rechargeable NiMH AAA Battery 2-pack (see order form for charger); **$5.00**

### This little dictionary packs definitions for 7,000 words!

So many definitions in a book that's just 2"x1⅜" and ¾" thick! Common, everyday words are left out, so there's room to explain a large number of relatively rare and difficult words—even those with challenging spelling or hyphenation. **#68556** The Little Webster, set of 3; was $12.50; **SALE $6.90**

Save 44%



### Two slide-out bins make it easy to separate garbage from recycling.

Imagine the convenience of opening the cupboard and having two 8-gallon bins glide out for recycling and garbage. Covered to contain odors. Steel frame; plastic bins. Installs with just four screws. 10¼"W x 17"H x 20"D overall. *Special shipping; see order form.* **#68306** Multi-Box Recycling System, was $69.50; **SALE $49.90**

Save 28%



### Use this water-safe trimmer to gently eliminate nose or ear hair.

Put away the sharp scissors and tweezers. Keep nose and ear hair trimmed with this battery-powered groomer. It's safe and easy to use. Its tiny inner stainless steel blade rotates within a protective chamber—the blade never touches tender skin. Loose hairs are vacuumed up, so there's no mess. Use wet or dry; easy to clean. Uses one AA battery, sold below. 4"L. **#68564** Nose Hair Wet/Dry Groomer, was $19.50; **SALE $12.90**
**#66496** Rechargeable NiMH AA Battery 2-pack (charger on order form); **$5.00**

Save 33%



Save 52%

### A photo gallery that's small enough to fit in your pocket.

Keep this frame nearby on your nightstand, hotel bureau or office desk at work where it can display pictures of loved ones. Insert special photos of family or friends and give as a gift! Brass with nickel finish. Holds three 2¾"x1⅞" photos. Opens to 6"Lx2¾"H; folds to 3¾"x2⅛". **#68595** Triple Mini Frame, was $12.50; **SALE $5.90**

### Painting made easier with HANDy Paint Pail®.

No bending to reach the big can of paint, and no hand cramps from holding a paint-filled glass jar. They thought of everything when they designed this! The one-quart painting pail has an adjustable strap: slip your hand through it and hold the pail with a relaxed (stress-free) grip. There's even a magnetic brush holder and brush scraper to reduce waste. Includes four solvent-resistant disposable liners to make it easy to switch between shades. Made in USA of recycled material. **#68362** HANDy Paint Pail with 4 liners, was $14.50; **SALE $9.90**



Save 31%