IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Chih-Wen Chung, )<br>An individual and Taiwanese Citizen )<br>  Plaintiff, )<br>vs. )<br> )<br>Lumatec Industries, Inc. )<br>A corporation organized under the laws )<br>of Texas; )<br>  Defendant )<br> )<br> ) | Civil Action No. 04-1451 SLR |

**ORDER**

On this _____ day of _____, 2005, having considered the motion of Lumatec Industries, Inc. ("Lumatec") to dismiss this action or, in the alternative, to transfer it to the U.S. District Court for the Western District of Texas, and any response thereto, IT IS HEREBY ORDERED THAT :

1. Lumatec's motion is DENIED.


_____
Robinson, J.