**CERTIFICATE OF SERVICE**

It is hereby certified that on April 14, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>David L. Finger, Esquire
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange St, Suite 725
>Wilmington, DE 19801-1155

>/s/ Mark C. Gregory
>Mark C. Gregory (DE Bar ID #3395)
>Huntley & Associates, LLC
>1105 N. Market St.
>P.O. Box 948
>Wilmington, DE 19899-0948
>(302) 426-0610