

## Track & Confirm

### Shipment Details

You entered 4201 9806 9102 0634 4394 9157 9683 36

Your item was delivered at 3:33 pm on March 09, 2005 in WILMINGTON,
DE 19806.

Here is what happened earlier:

- ACCEPTANCE, March 09, 2005, 6:17 am, WILMINGTON, DE
  19805
- ELECTRONIC SHIPPING INFO RECEIVED, March 09, 2005

### Notification Options

► **Track & Confirm by email**    **What is this?**    



**POSTAL INSPECTORS**
Preserving the Trust

**Track & Confirm**

Enter label number:



**Track & Confirm FAQs**

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy