Golembrosky Kurt & Jessica 1 Francis Cir Newrk 454-1245
Golesodle Lorraine 31 Old Manor Rd Old Ml Mnr 369-6781
Golf Augusta Pro Shops
5615 Concord Pke Wilmngtn 479-0228
Golf Depot 2288 Pulaski Hwy North East MD 410 287-9666
Golf Factory The 663 Dawson Dr Newrk 455-9455
Golf Holidays Hocksn 239-7500
Golf Marketing Co 616 Clifton Dr Hckry Wds 838-1995
Golfsmith LP Inc 300 Delwre Av Wilmngtn 421-7361
Golgolab Babak & Carol 130 Wiltshire Rd Clymnt 798-6116
Golian Andrew G 321 Walden Rd Shrply 658-5740
Golian Paul D 1426 N Grant Av 777-6733
Golian Paul D atty 1313 N Market Wilmngtn 984-6036
Goliath Inc 103 Foulk Rd Wilmngtn 691-6010
Golike Ralph C 2 Berywd Ct Wdbne 478-5589
Golin Edwin 3902 Ardlgh Dr Grnvl Mnr 654-9000
Golin Maura 3902 Ardlgh Dr Grnvl 984-2980
Golin Myron 614 Lovvle Rd Hocksn 234-4192
Golinkoff Elliott 1505 N Harsn 654-5161
Golinkoff R 52 Rockford Rd 654-0132
Golinkoff R 52 Rockford Rd 654-0180
Golinkoff Roberta 52 Rockford Rd Wilmngtn 654-0180
Goliszek Kathleen
1107 Christiana Mdws Christiana Meadows 324-8088
Goliszek Mitchell 150 Honora Dr Caravel Woods 834-0703
Golkow Alex 1106 Woolen Way 737-5174
Goll Richd K 3 Harlech Dr Anglsy 999-7282
Goll Richd K atty Wilmngtn 888-1933
Goll Robert K 44 Cecil Rd North East 410 287-6627
Golla Christopher & Rachel
121 Auckland Dr Newrk 838-6827
Golladay S 109 Valley Cir Grn Vly 738-0224
Golladay Wm H 15 Grenrdge Rd Brkhvn 737-0168
Gollannek Eric & Katie 302 Taft Av Lncstr Vlg 778-5949
Gollapudi Subbarao 550 S Du Pont Hwy New Cstl 322-2060
Gollatz Griffin Ewing & McCarthy attys
1883 Superfine Ln Wilmngtn 428-3761
Gollehon Judy
2864 Turkey Hill Point Rd North East 410 287-0330
Gollehon Judy-Ann
2864 Turkey Point Rd North East 410 287-0330
Gollicker Bruce J 7 Nola Ln Melody Meadows 834-0545
Gollicker Bryan 7 Nola Ln Melody Meadows 836-4007
Golly John M & Mary B
14 Country Gates Dr Country Gates 478-3281
Golod Anatoly & Inna 3211 Drexel Dr Drexel 477-1564
Golod Boris 8706 Society Dr Clymnt 798-7435
Golod Vladimir 10 Equestrian Cir Hocksn 239-3675
Golon Bonnie 3314 Old Captl Tr Cranstn Hts 633-0708
Golon C M 103 Julne Ct 999-9368
Golon E A 102 Richards Dr Stonhrst 994-8130
Golon Edw & Kathleen 255 Possum Prk Rd Newrk 894-1191
Golon Rich & Diane 2622 Dean Dr Fulklnd Hts 633-4093
Goloskov Stanley H DDS PA
2500 Grubb Rd Wilmngtn 475-0600
Gologzd Danon 227 N Van Buren 652-0801
Golpira David 226 Canonero Dr Lexington Farms 836-3933
Golpira J 324 Goldsmith Ln Christiana Green 454-7031
Golson B 29 Osage Rd Radnr Grn 791-9458
Golt Adjustment Service Wilmngtn 798-5500
Golt B L 601 Dove Nest Ct Middletown Village 376-9015
Golt Carl E 1034 St Georges Ln Landnbrg 610 274-3040
Golt Chas H 351 W Chestnut Hill Rd Newrk 368-1819
Golt Chas H Jr 2380 Sunset Lake Rd Newrk 366-1363
Golt D 23 Ginty Dr North East 410 287-3075
Golt E 255 Possum Prk Rd Newrk 369-8933
Golt F M 4949 Stanton Ogletown Rd Newrk 995-6877
Golt Francis L 414 Meadow Ln Meadowbrook Farms 378-7345
Golt G J 8 Westerly Kmbrtn 453-0342
Golt Kathryn 200 E Village Rd 737-2634
Golt Lauren 736 Hertford Rd Ednrdg 475-2159
Golt Marshall B Kemblsvl 610 255-4527
Golt Ryan 2008 Penna Av Wilmngtn 429-0690
Golt Wm M 1213 Euclid Av Bellefont 764-7853
Goltare Dale 9 Karen Ct Beaver Brook Crest 324-0407
Gomba Michael E 2603 Robino Dr Shrwd Prk 998-2604
Gomer Izya 8000 Society Dr Clymnt 792-0741
Gomersall John J & Geraldine E
2304 Larkwd Dr Lncshre 475-0664
Gomes Colin 226 Ermine Dr Springfields 834-8304
Gomes Hevandro & Marguerite
205 Durso Dr Hrmny Hls 737-4802
Gomes Mario N MD 4745 Ogletown-Stanton Rd 738-0448
Gomez Alejo 309 New Midltwn 378-7585
Gomez Andres A 1223 W 4 Wilmngtn 427-3945
Gomez Anuar 151 Villas Dr New Cstl 326-1240
Gomez Benito 1105 W 4 Wilmngtn 661-0973
Gomez Brian A 2315 N Franklin 652-1233
Gomez Brian A 1501 N Rodney Wilmngtn 778-0928
Gomez Brian A atty 1105 N Market Wilmngtn 426-0610
Gomez C 3834 Eunice Av Dunlinden Acres 994-8514
Gomez Carmelo 1129 W 7 Wilmngtn 778-2467
Gomez D M 9 Sycamore Dr North East 410 287-6826
Gomez Demetrio 105 Loren Ct Newprt 683-0731
Gomez E M 801 W 24 777-1941
Gomez Eli 129 Penna Av Avondl 610 268-5163
Gomez Enrique 826 N Monroe Wilmngtn 472-3502
Gomez Eva 129 Penna Av Avondl 610 268-3810
Gomez Eva 129 Penna Av Avondl 610 268-5163
Gomez Francisco 603 Homstd Rd 777-7933
Gomez Hector A 158 E Village Rd Elkton 410 620-2240
Gomez I Ortiz 132 sharp Rd Avondl 610 268-3515
Gomez Ignacio 126 Flamingo Dr Brkmnt Frms 836-3457
Gomez Jildardo 1040 Newark Rd Tougknmn 610 268-8013
Gomez Joel & Tiby 404 Pigeon View Ln Rutldg 832-8516
Gomez Jose L 12 Fairway Rd 733-7510
Gomez Julian 1011 N Lombard 655-8886
Gomez Laura 1201 Prospect Dr Cmbrdg 764-2303
Gomez Lawrence M Plum Point Rd Elkton 410 398-3940
Gomez Leopoldo 137 Chestnut Crossing Dr 731-1755
Gomez Manuel Sr 1324 W 4 658-1843
Gomez Mario 129 Penna Av Avondl 610 268-3810
Gomez Norbert 207 Bell Ringer Ct Christiana Green 366-8930
Gomez R 219 N Broom Wilmngtn 778-5918
Gomez Reyes Alejandro
550 S Du Pont Hwy New Cstl 326-1115
Gomez Rita 11 Rieve Av Ovrvw Grdns 656-4133
Gomez Victor 64 Martndle Dr Brksde Prk 454-7844
Gomez Yolanda 302 E Cecil Av North East 410 287-7474
Gommer Barry L 8 Three Rvrs Dr Wellington Woods 834-5725
Gommer Eleanor fax
8 Three Rvrs Dr Wellington Woods 832-1914
Gommer Leslie J Jr 1505 Old Farm Rd Wilo Rn 999-8108
Gommer Robt 2701 Normandy Ct The Elms 453-0615
Gomolka C 2628 Boxwd Dr The Tmbrs 475-8178
Gomoll Timothy J 100 Cambridge Ct Elkton 410 398-1409
Gompf M & B 109 Sky View Rd Elkton 410 398-3587
Goncalves K L Elkton 410 392-3346
Gonce Carl & Debbie
2040 W Old Philadelphia Rd North East 410 287-2368
Gonce Emily C
917 Valley Stream Dr Valley Stream Village 292-1676
Gonce Erica 16 Tavernier Dr Cstl Hls 325-3541
Gonce Erin 16 Tavernier Dr Cstl Hls 322-3352
Gonce Jno E Charlestown 410 287-6023
Gonce John A Jr & Marie B
1520 Lorwd Grove Rd Sumt Brdg 378-4655
Gonce K C 143 Ballantrae Dr Elkton 410 398-5284
Gonce Kevin Carl 4001 Golfvw Dr Cavalier 731-8775
Gonce Mary 251 Mackall St Elkton 410 392-6560
Gonce Melisa 802 Abbott Dr Elkton 410 620-7674
Gonce Renee 205 W Skeet Cir Hunters Point 834-6570
Gonce Wayne 600 Abbott Dr Elkton 410 996-9049
Gonce Wm E DDS 530 Schlhse Rd Hocksn 235-2400
Goncharovsky I 1 W Richards Ln Newrk 453-8136
Gonczi David & Jill 1106 Grandvw Av Belfnt 764-2279
Gonczkowski K L 2106 Walmsley Dr Estbrn Acrs 999-0080
Gondek Chas A 3878 Red Lion Rd Bear 834-9351
Gondek Francis C
5301 Limstne Rd Pike Creek Valley 234-8808
Gondek Steven & Frances 610 Surrey Av Wdcrst 998-5403
Gong Jinping(Jason) Nonantum Mills 369-0876
Gong Xiaoyan LAC 161 S Du Pont Hwy New Cstl 328-6288
Gongon Manuel MD
8114 Sandpiper Cir White Marsh 410 933-3220
Gongon Manuel MD 410 529-8400
Gongwer Irene 1212 Foulk Rd Wilmngtn 478-5845
Gonnelli Mark 2600 Robert Ln Brandon 475-3563
Gonsalves Erald M 2302 Alister Dr Fulklnd Hts 994-1871
Gonsecki Brunny A 213 Liston Av Kiamnsi Grdns 994-1478
Gonsecki Gerald 4 Cohansey Cir Piermnt Wds 454-8982
Gonser Andrew & Kristina
1809 Eugene Ct Graylyn Crest 529-7505
Gonser Wm A Jr 4 Berkshire Ct Stonewold 996-0724
Gonseski Albin 106 Festone Av Swnwyck Ests 658-2875
Gonshor J M 430 Geddes Union Prk Grdns 428-0997
Gontarz Elizabeth 546 Chesterville Rd Kemblsvl 610 255-4255
Gontarz Elizabeth 546 Chesterville Rd Kemblsvl 610 255-5411
Gontarz John 546 Chesterville Rd Kemblsvl 610 255-4255
Gontarz John 546 Chesterville Rd Kemblsvl 610 255-5411
Gontcharov Val 504 Garck Rd Hckry Hls 234-1031
Gontrum John B 10 Elray Rd Kingsville 410 592-2682
Gonye Gregory
2855 E Oakland Dr Brndywne Spgs Mnr 892-2826
Gonyea Y 2102 Othsn Av Wilmngtn 998-0977
Gonzales Alex V ins 323 E Main Newrk 368-8541
Gonzales C 1300 Corner Ketch Rd Newrk 235-0334
Gonzales David 227 N Franklin Wilmngtn 429-0778
Gonzales David 1714 Lancstr Av Wilmngtn 472-5965
Gonzales Denver B 107 Highlnd Blvd New Cstl 395-0799
Gonzales Eduardo R & Sharon L
128 Woodland Rd Timber Farms 454-9483
Gonzales Felipe 38 Norway Av Rchrdsn Prk 594-0891
Gonzales Fortino 102 Coral Dr Brkvw 793-0566
Gonzales Gomez Jose 1 Clarion Ct Kmbrtn 453-9790
Gonzales Kirk 45 Collingsdale Av Duross Heights 322-4565
Gonzales L B 603 Maple Av Belfnt 764-1930
Gonzales Martin 613 Hilndle Rd Nw Grdn 610 268-5269
Gonzales Miguel 613 Hilndle Rd Nw Grdn 610 268-5269
Gonzales-Copeland D Reverend 105 Clinton 834-5407
Gonzalez Alejandrina 200 Washngtn 573-6905
Gonzalez Alex 12 Upland Ct Brezwd 738-7208
Gonzalez Alfredo 1 Odessa Mingdle 658-1660
Gonzalez Angela 14 Southbridge Rd Prtr Sq 836-2942
Gonzalez Angelo Jr 114 Cedar 654-8771
Gonzalez Anne Marie 6464 Limstne Rd Hocksn 234-9237
Gonzalez B 1401 Cypress Av Elsmer 998-9972
Gonzalez Barbara 104 Hopkins Ct Kmbrtn 286-0521
Gonzalez Brenda 114 Friendship Rd Elkton 410 620-0649
Gonzalez C 777-3127
Gonzalez C 300 Westwind Rd Frwnds 325-1479
Gonzalez Camilo H 205 Gordy Pl Llngln Ests 322-8048
Gonzalez Carlos 27 Fairway Rd Newrk 369-6078
Gonzalez D 209 N Lincoln Wilmngtn 429-9019
Gonzalez Danl 240 Cayman Ct Limestone Hills 235-0852
Gonzalez Deborah 40 Fairway Rd Newrk 453-8655
Gonzalez Deborah 707 N Scott Wilmngtn 428-0621
Gonzalez Diosa 1103 W 4 655-2701
Gonzalez Edwin 23 Cheswold Blvd Newrk 266-8020
Gonzalez Elizabeth 5102 W Woodmill Dr Woodmill 998-5647
Gonzalez Epifanio
1659 Old Baltmre Pke Avondl 610 268-5797
Gonzalez Erik 2304 N Harsn Wilmngtn 428-1371
Gonzalez Ernesto 1117 Van Buren Way Wilmngtn 425-5355



Gonzalez Estrada Reyes 1525 W 4 Wilmngtn 622-8841
Gonzalez F 1614 Lancstr Av 652-8391
Gonzalez Fermin 302 N Broom 656-9315
Gonzalez Fuentes Fred Limstne Rd Avondl 610 268-1468
Gonzalez Fuentes Fred 775 Southwd Rd Midltwn 235-0376
Gonzalez Gabriel 1 Av Avondl 610 268-5913
Gonzalez German 1009 Baltmre Av Elsmer 998-9791
Gonzalez Gloria 146 Council Cir Village Of Tahoe 836-8558
Gonzalez Hector 1027 W 7 654-0284
Gonzalez Humberto 1927 Capitol Tr Newrk 368-9601
Gonzalez Humberto 1121 S Rodney Cleind Hts 888-2615
Gonzalez I A 304 Whitby Dr Shrply 477-1968
Gonzalez Israel Gap Newport Rd Nw Grdn 610 268-1051
Gonzalez Israel 2107 W 7 Wilmngtn 984-0588
Gonzalez J 378-8981
Gonzalez J 4405 Clarmnt Ct Birch Pointe 283-0567
Gonzalez J 5 Smalleys Cv Smalleys Cove 834-5612
Gonzalez Jacqueline 803 Hastings Ct Glsgw Pnes 838-0178
Gonzalez Javier 413 Forest Dr Forst Brk Gln 633-9357
Gonzalez Jesus A 1401 Sycmre Av Elsmer 994-5374
Gonzalez JoAnn 14 Southbridge Rd Prtr Sq 836-5392
Gonzalez Joel 201 Olga Rd Elsmer 994-9315
Gonzalez Joel & Gina 860 Parkside Blvd Nrthrdg 798-2591
Gonzalez John C 123 Glenrich Av Rchrdsn Prk 575-0303
Gonzalez Jorge A 39 Court Dr Lncstr Ct 993-0815
Gonzalez Jose 6464 Limstne Rd Hocksn 234-9237
Gonzalez Jose 6249 Summit Bridge Rd Twnsnd 376-8074
Gonzalez Jose & Anne Marie
6464 Limstne Rd Hocksn 234-9237
Gonzalez Juan 220 Alban Dr Albn Prk 888-2610
Gonzalez Juan 321 Champions Dr Fairway Falls 369-1735
Gonzalez Juan & Sonia
702 Boxwd Rd Woodcrest Estates 994-6939
Gonzalez Juan G 3219 Champions Dr Fairway Falls 369-6911
Gonzalez Juan J 113 Piano Dr Hrmny Wds 292-3043
Gonzalez Kathleen 23 Ground Pine Rd Elkton 410 620-3162
Gonzalez Kemily 731-4118
Gonzalez L Brksde Prk 266-0623
Gonzalez L 146 Center Nw Grdn 610 268-2191
Gonzalez L D 49 Mac Kenzie Ct Edinburgh Villas 326-1027
Gonzalez Leonardo 1415 Cypress Av Elsmer 996-5411
Gonzalez Luciano 110 Pheasant Dr Elkton 410 620-7836
Gonzalez Luciano Jr
1279 Theodore Rd Pt Deposit 410 287-3826
Gonzalez Luis 26 Oakley Ct Valley Stream Village 286-6997
Gonzalez Lumari 530 N Bancroft Prkwy 657-0179
Gonzalez M 1912 Kynwyd Rd North Graylyn Crest 475-4429
Gonzalez M 19 Mary Ella Dr Silvr Spgs 995-0197
Gonzalez M Stonebridge 325-1160
Gonzalez M C 240 Cayman Ct Limestone Hills 235-0851
Gonzalez M Robt
16 Chancellorsville Cir Fairview Farms 378-1505
Gonzalez Magdalena 3112 Kildoon Dr Grnfld Mnr 836-0167
Gonzalez Maria Guadalupe 1 Av Avondl 610 268-5913
Gonzalez Mery 722 N Scott Wilmngtn 426-9207
Gonzalez Miguel 323 Barley Dr Country Creek 737-6895
Gonzalez Miguel 600 Moores Ln New Cstl 325-9084
Gonzalez Milton 3209 Champions Dr Fairway Falls 738-2597
Gonzalez N 4 Colony Blvd Wilmngtn 765-2143
Gonzalez Oscar 2412 Alister Dr Fulklnd Hts 995-0112
Gonzalez Prudencio 436 Christina Mill Dr 738-3187
Gonzalez Raul A & Iris L 368-9776
Gonzalez Robt 5 Antioch Ct Egl Pt 325-0541
Gonzalez Robert 170 W Main St Elkton 410 620-5373
Gonzalez Rosa E 809 Village Cir Newrk 292-8450
Gonzalez Ruben H Glen Willow Rd Londn Grv 610 268-0122
Gonzalez Ruth CPA 111 W Main St Elkton 410 398-3957
Gonzalez Ruth E CPA 111 W Main St Elkton 410 398-3957
Gonzalez Salazar Alfredo
1617 New Jersey Av New Cstl 395-0934
Gonzalez Salvador 501 Mary 777-7611
Gonzalez Saml 325 E 5 777-5703
Gonzalez Sergio Brible Pth Saddle Ridge 892-9751
Gonzalez Servando 1301 N Harsn Wilmngtn 427-3711
Gonzalez Sharon 309 Martin Dr Colns Prk 984-1483
Gonzalez Stephanie 2116 N Pine Wilmngtn 426-0144
Gonzalez Ulisis 111 Bacon Av Ledm Ests 395-0796
Gonzalez Venancio 31 S Ogle Av Colnl Hts 652-5710
Gonzalez Waleska 243 N Antlers Pl Fox Run 834-5029
Gonzalez Waleska
300 W Creek Village Dr Elkton 410 996-9850
Gonzalez Wigdali Clymnt 793-2214
Gonzalez Wm 1103 W 2 Wilmngtn 571-1097
Gonzalez Wm 223 W 7 777-7405
Gonzalez-Colon Maria 102 Carvel Av Mnr Prk 325-0480
Gonzer Steven 502 Davis Ct Airport Acres 378-9266
Gonzon angela N 27 Victra Blvd Newtown Village 325-3961
Gonzon Anthony Jr 522 St Michl Dr Brick Mill Farm 378-5365
Gonzon Anthony T Sr
5 Marabou Dr Marabou Meadows 834-2927
Gonzon Dominic L 211 Cathy Ct Midltwn 378-8509
Gooba Sadeq 260 Elkton Rd Newrk 283-0516
Gooch Jared & Olivia
3911 Woodhvn Dr Capitol Trail Farms 996-0370
Gooch Robt E 104 Mcmullin Av Mnr Prk 324-9411
Good Alton 701 Ashford Rd Shrply 478-5987
Good Andrew 303 Weldin Rd Shelbrne 765-2513
Good Andrew & Karen 303 Weldin Rd Shelbrne 762-8148
Good Chas 614 Delancy Pl Kenlwrth 798-2774
Good Claude E 9 St John Dr Wilmngtn 999-8637
Good Contractors 659-3080
Good D Dale
322 Chattahoochee Dr Chandeleur Woods 834-8226