# martindale.com Lawyer Locator

Careers | Terms of Use | Services | Products | Contact Us | About Us | Site Info | Home | Quick li

**Lawyer Locator**
 Search Lawyer Locator
  By Lawyer
   By Location/Area of Practice
   By Industry/Practice Groups
   By Firm
   By Corporate Law Departments
   By US Government
   By US Law Faculty
  Join the Legal Network
  Request a Listing
  About Lawyer Locator

**Legal Articles**
**Dispute Resolution**
**Legal Personnel**
**Legal Careers**
**Professional Resources**
**Customer Service**
**Experts and Services**





More resources...
- lawyers.com<sup>sm</sup>
- Peer Review Ratings<sup>SM</sup>
- Practice Development Center
- Counsel to Counsel Forums
- corporate.martindale.com
- eAttorney
- LexisNexis<sup>TM</sup>
- LawCommerce.com<sup>SM</sup>
- LawyerLocator.Co.Uk
- Anwalt24.de
- martindale.co.il

## Search the Lawyer Locator

New Search

**Huntley & Associates, LLC**
1105 North Market Street, P.O. Box 948
Wilmington, Delaware 19899-0948
(New Castle Co.)
Telephone: 302-426-0610
Facsimile: 302-426-0612
Web Site: http://www.monopolize.com

(Main Office)

**Firm Credentials**

**Statement of Practice:**
Intellectual Property; Patent, Trademark and Copyright Law.

**Year Established:** 1993

**Firm Profile:**
The firm was founded to provide high quality and cost effective service in intellectual property matters, including worldwide patent, trademark and copyright procurement, and related licensing and litigation. We represent a broad spectrum of clients ranging from individual entrepreneurs and small businesses to large corporations in the United States, Canada, the UK, Japan, Russia and Korea.

**Firm Size:** 3

**Donald W. Huntley**, (Member) born Chicago, Illinois, September 22, 1942; admitted to bar, 1967, District of Columbia; 1973, U.S. Supreme Court; 1981, Delaware; registered to practice before U.S. Patent and Trademark Office. **Education:** University of Illinois (B.S., 1963; J.D., 1966). Edmund J. James Scholar. With: E.I. du Pont de Nemours & Co., 1966-1992; Remington Arms Company, 1985-1989. **Member:** District of Columbia Bar; Delaware (Counsel, Intellectual Property Law Section) and American Bar Associations; Philadelphia Intellectual Property Law; American Intellectual Property Law Association. **Reported Cases:** Keys v. Delaware, 337 A2d 18 (1975); Franks v. Delaware 337 A2d 578, 98 S Ct 2674 (1978). **Practice Areas:** Intellectual Property Law; Patent, Trademark and Copyright Law. Send an Email

**Mark C. Gregory**, (Member) born Akron, Ohio, February 4, 1965; admitted to bar, 1995, Delaware; 1996, U.S. District Court, District of Delaware; registered to practice before U.S. Patent and Trademark Office. **Education:** Colgate University (B.A., 1989); Widener University School of Law (J.D., 1994). Phi Delta Phi. Intern to Chief Justice E. Norman Veasey, Supreme Court of Delaware, 1993-1994. **Member:** Delaware and American Bar Associations. **Practice Areas:** Intellectual Property; Patent, Trademark





Legend — This attorney or firm has articles published on martindale.com



Diversity Legend — This firm has a Diversity Profile published on martindale.com

and Copyright Law; Entertainment Law; Internet Law. Send an Email

**Brian A. Gomez**, (Member) born Port Jefferson, New York, September 14, 1965; admitted to bar, 1993, New Jersey, Pennsylvania and U.S. District Court, District of New Jersey; 1994, Delaware; registered to practice before U.S. Patent and Trademark Office. **Education:** Indiana University (B.A., Psychology, 1987); Widener University School of Law (J.D., 1992); University of Delaware (B.A., Chemistry, 1998). Law Clerk to Jerome O. Herlihy, Superior Court of Delaware, 1993-1995. **Member:** Delaware State (Member, Intellectual Property Division) and American (Member, Intellectual Property Division) Bar Associations. **Practice Areas:** Intellectual Property; Patent; Trademark; Copyright. Send an Email

New Search



top

Lawyer Locator | Legal Articles | Dispute Resolution | Experts and Services
Legal Personnel | Legal Careers | Professional Resources | Customer Service

Home | Contact Us | About Us | Site Info | Products | Services
Media Room | Banner Sponsorships

Copyright | Terms & Conditions | Privacy Policy