# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

June 22, 2005

VIA UPS DELIVERY
United States District Court
Western District of Texas
Attn: Elizabeth Saunders
200 West 8th Street, Room 130
Austin, TX 78701

Re: *Chih-Wen Chung v. Lumatec Industries, Inc.; Delaware Civil No. 1:04-1451-SLR*

Dear Ms. Saunders:

In accordance with the Order issued on June 3, 2005 by Chief Judge Sue L. Robinson, U.S.D.C. for the District of Delaware, in the above captioned civil case, I am transferring Delaware Civil No. 1:04-1451-SLR to the U.S.D.C. for the Western District of Texas. Enclosed please find the original docket items for this case (D.I. 1-11) along with certified copies of the docket sheet and the court order addressing this transfer. Please note that this court began electronic filing as of March 1, 2005 thus all docket items filed as of that date and later (D.I. 12-20) are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to the District Court of Delaware in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Deputy Clerk

Enclosures

cc: The Honorable Sue L. Robinson
    All counsel of record were noticed electronically